CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 0 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON ZAWADZKI, ) | |
| ) | |
| Petitioner, ) | Case No. 7:09CV00114 |
| ) | |
| v. ) | |
| ) | **FINAL ORDER** |
| ) | |
| WARDEN TERRY O'BRIEN, ) | By: Glen E. Conrad |
| ) | United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ORDERED

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**; the motion to dismiss is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 20th day of August, 2009.

/s/ Glen E. Conrad
United States District Judge